UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
DAVID MORALES,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        Civil Action No. 08-1463 (PLF)
                                        )
LANDIS CONSTRUCTION CORP., et al.,      )
                                        )
            Defendants.                 )
_____ )


ORDER

        For the reasons set forth in the Memorandum Opinion issued this same day, it is

hereby

        ORDERED that plaintiff's motion for summary judgment [13] is DENIED; it is

        FURTHER ORDERED that plaintiff's motion for *in camera* inspection of

documents [14] is DENIED; it is

        FURTHER ORDERED that defendants' motion to strike [19] is DENIED; it is

        FURTHER ORDERED that defendants' motion for leave to file an amended

answer [16] is GRANTED; and it is

        FURTHER ORDERED that by June 25, 2010, the parties shall file a joint

statement regarding whether they prefer to be referred to the court-sponsored mediation program

or to a magistrate judge for settlement discussions.

        SO ORDERED.

                                        /s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE:  June 4, 2010